# Third District Court of Appeal
## State of Florida

Opinion filed November 30, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1532
Lower Tribunal Nos. F17-19327, F17-19329

————————

**Pasha Roberts Evans,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Kseniya Smychkouskaya, Assistant Attorney General, for appellee.

Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.